| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | Kenneth K. Lee (Cal. Bar No. 264296)<br>klee@jenner.com |
| 3 | Kate T. Spelman (Cal. Bar No. 269109)<br>kspelman@jenner.com |
| 4 | 633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071 |
| 5 | Phone:        (213) 239-5100<br>Facsimile:  (213) 239-5199 |
| 6 | JENNER & BLOCK LLP |
| 7 | Dean N. Panos (admitted *pro hac vice*)<br>dpanos@jenner.com |
| 8 | 353 N. Clark Street<br>Chicago, IL 60654 |
| 9 | Phone:        (312) 222-9350<br>Facsimile: (312) 527-0484 |
| 10 | Counsel for Defendant |
| 11 | The Hain Celestial Group, Inc. |
| 12 | Counsel for Plaintiff Listed on<br>Signature Page |

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: HAIN CELESTIAL SEASONINGS PRODUCTS CONSUMER LITIGATION | Case No. 8:13-cv-01757-AG-AN<br><br>Consolidated with:  13-CV-8559 AG<br>13-CV-9310 AG<br>13-CV-9314 AG<br><br>**STIPULATION TO EXTEND TIME FOR CLASS CERTIFICATION BRIEFING SCHEDULE BY 10 DAYS** |

Plaintiffs Tatiana Von Slomski and Sylvia Trevino and Defendant The Hain Celestial Group, Inc. seek a 10-day extension of the class certification schedule. The parties stipulate that:

1. On December 23 and 24, 2014, Plaintiffs submitted to Hain Celestial their portions of three Local Rule 37-2 Joint Discovery Stipulations seeking to compel the production of certain documents and information. Under Local Rule 37-2.2, Defendant's portions of the Joint Discovery Stipulations would be due on December 30 and 31, 2015.

2. In light of the holidays, Defendant asked that the time to submit its portions of the three Local Rule 37-2 Joint Discovery Stipulations be extended by 10 days (*i.e.*, until January 9, 2015). Plaintiffs agreed to the 10-day extension, but asked that the class certification briefing and hearing schedule be extended by 10 days.

3. Under the Court's scheduling order, Plaintiffs must file their class certification motion by Feb. 16, 2015, Defendant must file its opposition to class certification by April 13, 2015, and Plaintiffs must file their reply in support of class certification by May 18, 2015. The hearing for class certification is set for June 1, 2015. ECF No. 36.

4. Defendant and Plaintiffs seek to extend the briefing schedule for Plaintiffs' class certification motion by 10 days.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that Plaintiffs will file their class certification motion by February 26, 2015, Defendant will file its opposition to class certification by April 23, 2015, and Plaintiffs will file their reply in support of class certification by May 28, 2015. The hearing for the class certification motion will be set for June 15, 2015.

| | | |
|---|---|---|
| 1 | Dated: December 30, 2014 | JENNER & BLOCK LLP |
| 2 | | /s Kenneth K. Lee |
| 3 | | By: Kenneth K. Lee |
| 4 | | Attorneys for Defendant |

Dated: December 30, 2014        AHDOOT & WOLFSON, P.C.

                                                /s Keith Custis
                                                By: Keith Custis

                                                Attorneys for Plaintiffs

Interim Co-Lead Counsel for Plaintiff:

| AHDOOT & WOLFSON, P.C | RIDOUT LYON + OTTOSON, LLP |
|---|---|
| Tina Wolfson (SBN 174806) | Christopher P. Ridout (SBN 143931) |
| twolfson@ahdootwolfson.com | c.ridout@rlollp.com |
| Robert Ahdoot (SBN 172098) | Caleb Marker (SBN 269721) |
| rahdoot@ahdootwolfson.com | c.marker@rlollp.com |
| Theodore W. Maya (SBN 223242) | 555 Ocean Boulevard, Suite 500 |
| tmaya@ahdootwolfson.com | Long Beach, CA 90802 |
| Keith Custis, Of Counsel (SBN 218818) | Tel: (562) 216-7380 |
| kcustis@ahdootwolfson.com | Fax: (562) 216-7385 |
| 1016 Palm Street | |
| West Hollywood, California 90069 | |
| Tel: 310-474-9111 | |
| Fax: 310-474-8585 | |

## **ATTESTATION OF FILER**

      Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 30, 2014        JENNER & BLOCK LLP

                                                /s Kenneth K. Lee
                                                By: Kenneth K. Lee

                                                Attorneys for Defendant