UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: HAIN CELESTIAL SEASONINGS PRODUCTS CONSUMER LITIGATION | Case No. 8:13-cv-01757-AG-AN<br><br>Consolidated with:  8: 13-CV-8559 AG-AN<br>8:13-CV-9310-AG-AN<br>8:13CV-9314 AG-AN<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR CLASS CERTIFICATION BRIEFING SCHEDULE BY 10 DAYS** |

In light of the parties' stipulation to extend the class certification briefing schedule by 10 days, the Court orders that Plaintiffs shall file their class certification motion by February 26, 2015, Defendant shall file its opposition to class certification by April 23, 2015, and Plaintiffs shall file their reply in support of class certification by May 28, 2015. The hearing for the class certification motion is set for June 15, 2015.

IT IS SO ORDERED.

Dated: January 5, 2015  _____

Honorable Andrew J. Guilford
United States District Court Judge