AHDOOT & WOLFSON, P.C
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Keith Custis, Of Counsel (SBN 218818)
kcustis@ahdootwolfson.com
1016 Palm Street
West Hollywood, California 90069
Tel: 310-474-9111
Fax: 310-474-8585

RIDOUT LYON + OTTOSON, LLP
Christopher P. Ridout (SBN 143931)
c.ridout@rlollp.com
Caleb Marker (SBN 269721)
c.marker@rlollp.com
555 Ocean Boulevard, Suite 500
Long Beach, CA 90802
Tel: (562) 216-7380
Fax: (562) 216-7385

Interim Co-Lead Counsel for Plaintiffs

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: HAIN CELESTIAL SEASONINGS PRODUCTS CONSUMER LITIGATION,<br><br>This Document Relates To: All Actions. | CASE NO. 8:13-cv-01757-AG-AN<br><br>Consolidated with:  CV 13-8559 AG (ANx)<br>CV 13-9310 AG (ANx)<br>CV 13-9314 AG (ANx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR CLASS CERTIFICATION BRIEFING SCHEDULE BY 30 DAYS AND ALL OTHER DEADLINES BY 90 DAYS**<br><br>Judge:       Hon. Andrew Guilford<br>Courtroom: 10D |

1  In light of the parties' stipulation to extend the class certification briefing schedule by 30 days and all other deadlines by 90 days, the Court orders that Plaintiffs will file their class certification motion by April 29, 2015, Defendant will file its opposition to class certification by June 25, 2015, and Plaintiffs will file their reply in support of class certification by July 29, 2015.  The hearing for the class certification motion will be set for September 1, 2015.

In addition, the Court orders that the Discovery Cutoff will be November 30, 2015. Plaintiffs' initial expert disclosures will be due December 14, 2015. Defendant's initial expert disclosures will be due January 26, 2016. Mutual rebuttal expert disclosures due February 29, 2016. Expert discovery cutoff will be March 15, 2016. Dispositive motion deadline will be March 30, 2016. A Final Pretrial Conference will be set for April 11, 2016, at 8:30 a.m.  A Jury Trial will be set for May 10, 2016 at 9:00 a.m.

**The motion for class certification has been continued numerous times. The Court will not continue any dates again without a FURTHER VERY STRONG SHOWING OF GOOD CAUSE.**

IT IS SO ORDERED.

Dated: March 10, 2015

_____
Honorable Andrew J. Guilford
United States District Court Judge