JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 13-1757-AG(ANx) consolidated with CV 13-8559-AG(ANx), CV 13-9310-AG(ANx) and CV 13-9314-AG(ANx) | Date | November 7, 2016 |

| | |
|---|---|
| Title | IN RE HAIN CELESTIAL SEASONINGS PRODUCTS CONSUMER LITIGATION |

Present: The
Honorable       ANDREW J. GUILFORD, U.S. District Judge

| Lisa Bredahl | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Tina Wolfson | Kenneth Lee |

**Proceedings:**     STATUS CONFERENCE RE UPDATES FROM FDA/STAY


Cause is called for hearing and counsel make their appearances. Court and counsel confer.

The parties are ordered to meet and confer re future scheduling dates and shall submit a brief with a proposed order by August 15, 2016 setting forth either the stipulated dates or each parties choice of dates and the Court will make the determination.


| | : | 10 |
|---|---|---|
| Initials of Preparer | lmb | |